UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| REGINALD D. McMILLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:09-CV-160-FL |
| ) | |
| GENERAL ELECTRIC COMPANY, ) | |
| GE DISABILITY BENEFITS CENTER; ) | |
| and, METROPOLITAN LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 20, 2010, and for the reasons set forth more specifically therein, that the motions to dismiss of defendants are granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 21, 2010, and Copies To:**

C. Matthew Keen (via CM/ECF Notice of Electronic Filing)
Jeffrey Phillips Macharg (via CM/ECF Notice of Electronic Filing)
Michael Douglas McKnight (via CM/ECF Notice of Electronic Filing)
Elizabeth Bondurant (via CM/ECF Notice of Electronic Filing)
Reginald D. McMillan (via U.S. Mail) 1606 Bexley Drive, Wilmington, NC 28412

September 21, 2010            DENNIS P. IAVARONE, CLERK
                                /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk